**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DR. REGINA BUNIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1237** |
| | : | |
| **MASHA MOBILE MOVING AND STORAGE, LCC** | : | |
| | : | |

# ORDER

**AND NOW**, this 26th day of May 2023, upon considering Defendant The Hanover Insurance Company's Motion to dismiss (ECF Doc. No. 10), Plaintiff's Opposition (ECF Doc. No. 11), Defendant's Reply (ECF Doc. No. 12), and for reasons in today's accompanying Memorandum describing why Plaintiff has not plead a sufficient basis for her Carmack Amendment and breach of contract claims against Defendant The Hanover Insurance Company, it is **ORDERED** Defendant The Hanover Insurance Company's Motion (ECF Doc. No. 10) is **GRANTED** requiring we:

1. **Dismiss** The Hanover Insurance Company without prejudice; and,

2. **Amend** the caption as above to remove The Hanover Insurance Company as a party absent further Order.

*[signature]*
**KEARNEY, J.**