IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. REGINA BUNIS | : CIVIL ACTION |
| v. | : NO. 23-1237 |
| MASHA MOBILE MOVING AND STORAGE, LCC | : |

## ORDER

AND NOW, this 12th day of July 2023, upon considering Defendant Masha Mobile Moving and Storage, LCC's Motion (ECF Doc. No. 15) to dismiss the Plaintiff's state law claims citing Congress' preemption in the Carmack Amendment, Plaintiff's Response (ECF Doc. No. 16), and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion (ECF Doc. No. 15) is **GRANTED** requiring it answer Count I (Carmack Amendment) of the Complaint (ECF Doc. No. 1) on or before **July 25, 2023**; and,

2. We **DISMISS** the state law claims plead in Counts II through VII of the Complaint (ECF Doc. No. 1) without prejudice.

KEARNEY, J.